1 PHILLIP A. TALBERT
United States Attorney
2 LEE S. BICKLEY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:23-CR-232 DJC
                                        CASE NO.  2:21-SW-798 KJN
12                    Plaintiff,          CASE NO.  2:21-SW-799 KJN

13           v.                          [PROPOSED] ORDER AUTHORIZING THE
                                        UNITED STATES TO PRODUCE WARRANTS
14 TILILA WALKER SUMCHAI,                AND AFFIDAVITS TO DEFENSE COUNSEL AS
                                        DISCOVERY
15                    Defendant.

16 _____

   In the Matter of the Search of:
17 INFORMATION ASSOCIATED WITH
   FACEBOOK USER IDS
18

19 https://www.facebook.com/lilaof3sumchai; and
   https://www.facebook.com/tilila.walkersumchai
20

   THAT IS STORED AT PREMISES
21 CONTROLLED BY FACEBOOK INC.

22                    AND

23 6006 N. El Dorado St., Stockton, CA;
   [Redacted], Stockton, CA; White Hyundai
24 Tucson CA 8DYT981; computer devices and
   other electronic storage mediums used or
25 possessed by WALKER-SUMCHAI

26        The above-captioned search warrant matters currently are under seal by prior order of the Court.

27 The United States represents that the search warrants and affidavits in the above-captioned matter relate

28

   ORDER                                    1

1  to an investment fraud scheme that gave rise to the indictment in *United States v. Walker Sumchai*, 2:23-

2  CR-232 DJC. It requests an order authorizing it to produce as discovery the search warrants and

3  affidavits to defense counsel in *Walker Sumchai*. Because of its ongoing investigation, the United States

4  further requests that the above-captioned search warrant matters otherwise remain under seal until

5  further order of the Court.

6          Based on the United States' request, the Court ORDERS that the United States is authorized to

7  produce copies of the search warrants and affidavits in the above-captioned search warrant matters for

8  discovery purposes to defense counsel in *United States v. Walker Sumchai*, 2:23-CR-232 DJC.

9          The Court further ORDERS that, consistent with the Court's prior order, the above-captioned

10 search warrant matters shall otherwise remain under seal until further order of the Court.

11 DATED: September 22, 2023

12

13  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER                                              2