UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TILILA WALKER SUMCHAI,<br><br>　　　　Defendant.<br>_____<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TILILA WALKER SUMCHAI,<br><br>　　　　Defendant. | No. 2:23-cr-00232-DJC<br><br><br><br><br><br><br><br><br>No. 2:23-cv-02027-MCE-AC<br><br><br>RELATED CASE ORDER |

　　　Plaintiff the Securities and Exchange Commission has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Specifically, the Court finds both actions (1) involve the same Defendant and are based on the same or similar claim, (2) involve the same transactions and events, (3) involve similar questions

1

1  of fact and law, and (4) assignment to different Judges or Magistrate Judges would
2  entail substantial duplication of labor.  L.R. 123(a).  Accordingly, the assignment of
3  these matters to the same judge is likely to effect a substantial savings of judicial effort
4  and be convenient for the parties.
5       The parties should be aware that while relating cases under Local Rule 123
6  causes the actions to be assigned to the same judge, it does not consolidate the
7  actions.  Under Local Rule 123, related cases are generally assigned to the judge to
8  whom the first filed action was assigned.
9       As a result, it is hereby ORDERED that No. 2:23-cv-02027-MCE-AC is
10 reassigned from Judge Morrison C. England, Jr. to the undersigned.  Henceforth, the
11 caption on documents filed in the reassigned case shall be shown as 2:23-cv-02027-
12 DJC-AC.
13      It is further ORDERED that the Clerk of the Court make the appropriate
14 adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC4 – sumchai23cr00232.related_cases

2