HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TILILA WALKER SUMCHAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff*,<br><br>vs.<br><br>TILILA WALKER SUMCHAI<br><br>　　　*Defendant*. | Case No. 2:23-CR-00232-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>Date: November 2, 2023<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

## STIPULATION

1. By previous order, this matter was set for a status conference on November 2, 2023.

2. By this stipulation, Defendant Tilila Walker Sumchai now moves to continue the status conference until January 18, 2024, at 9:00 a.m., and to exclude time between November 2, 2023 and January 18, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, social media records, bank and business records, and video recordings, many of which require translation from another language, and that these materials have been produced to counsel.

    b) Counsel for defendant desire additional time to review the discovery, review and discuss the discovery with their client, conduct defense investigation as it relates to trial and possible sentencing issues, discuss potential resolution options, and

-1-

otherwise prepare for trial.

c) Counsel for defendant believe the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2023 to January 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 25, 2023

HEATHER E. WILLIAMS
Federal Defender

/s/ Meghan McLoughlin
MEGHAN MCLOUGHLIN
NOA OREN
Assistant Federal Defenders
Attorneys for Defendant
TILILA WALKER SUMCHAI

Dated: October 25, 2023

/s/ Lee S. Bickley
LEE S. BICKLEY
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 24th day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE