HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, NY# 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TILILA WALKER SUMCHAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> TILILA WALKER SUMCHAI <br> Defendant. | Case No. 2:23-CR-00232-DJC <br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br> Date: January 18, 2024 <br> Time: 9:00 a.m. <br> Court: Hon. Daniel J. Calabretta |

**STIPULATION**

1. By previous order, this matter was set for a status conference on January 18, 2024.

2. By this stipulation, Defendant Tilila Walker Sumchai now moves to continue the status conference until **March 14, 2024, at 9:00 a.m.**, and to exclude time between January 18, 2024 and March 14, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 11,000 pages of law enforcement reports, social media records, bank and business records, and video recordings, many of which require translation from another language, and that these materials have been produced to counsel.

   b) Counsel for defendant desire additional time to review the discovery, review and discuss the discovery with their client, conduct defense investigation as it relates to trial and possible sentencing issues, discuss potential resolution options, and

otherwise prepare for trial.

c) Counsel for defendant believe the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 18, 2024 to March 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 11, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/ Meghan McLoughlin*
MEGHAN MCLOUGHLIN
NOA OREN
Assistant Federal Defenders
Attorneys for Defendant
TILILA WALKER SUMCHAI

Dated: January 11, 2024

*/s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 12th day of January, 2024.

Dated: January 12, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE