PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TILILA WALKER SUMCHAI,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:23-CR-00232-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 11, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tilila Walker Sumchai, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2024.

2. By this stipulation, the defendant now moves to continue the status conference until October 31, 2024, at 9:00 a.m., and to exclude time between July 11, 2024, and October 31, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The discovery associated with this case includes more than 11,000 pages of documentation, as well as digital recordings and notes of interviews, all of which has been either produced directly to defense counsel and/or made available for inspection and copying.

///

        b)        Much of this discovery consists of documents written in the Tongan language. To review this discovery with their client, defense counsel must arrange for a Tongan interpreter to translate the foreign language material into English. Defense counsel has diligently attempted to do so, but Tongan interpreters are rare. Hence, reviewing the Tongan language discovery in this case is a time-intensive process and defense counsel requires more time to complete it prior to trial.

        c)        Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        Additionally, the Assistant United States Attorney who charged this case left federal employment this month. The case is now assigned to a new Assistant United States Attorney who is unfamiliar with the case, and who requires additional time to review the evidence, case materials, and discovery prior to trial. Hence, the government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2024, to October 31, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 5, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: July 5, 2024

/s/ MEGHAN McLOUGHLIN
NOA OREN
MEGHAN McLOUGHLIN
Counsel for Defendant
TILILA WALKER SUMCHAI

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of July, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE