HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
MEGHAN McLOUGHLIN, SBN #354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
TILILA WALKER SUMCHAI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TILILA WALKER SUMCHAI,<br><br>　　　　　　Defendant. | Case No. 2:23-CR-00232-DC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>DATE:　August 15, 2025<br>TIME:　9:30 a.m.<br>COURT: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Acting U.S. Attorney, Kimberly Sanchez, through Assistant United States Attorney Sam Stefanki and Nchekube Onyima, attorneys for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Noa E. Oren and Meghan McLoughlin, attorneys for defendant Tilila Walker Sumchai, that the previously scheduled status conference date of August 15, 2025, be continued to **August 29, 2025**, at 9:30 a.m.

The reason for the continuance is that both defense counsels are personally unavailable for the currently scheduled date. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

For the purpose of commuting time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the

parties request that the time period between August 15, 2025 and August 29, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 6, 2025

*/s/ Noa E. Oren*
NOA E. OREN
MEGHAN McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
TILILA WALKER SUMCHAI


KIMBERLY SANCHEZ
Acting United States Attorney

Dated: August 6, 2025

*/s/ Sam Stefanki*
SAM STEFANKI
NCHEKUBE ONYIMA
Assistant United States Attorney

**ORDER**

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, ADOPTS the parties' stipulation in its entirety as its order. Accordingly, the Status Conference set for August 15, 2025 is VACATED and RESET for August 29, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The court ORDERS the time from the date the parties stipulated, up to and including August 29, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  **August 11, 2025**

Dena Coggins
United States District Judge