```
ERIC GRANT
United States Attorney
SAM STEFANKI
NCHEKUBE ONYIMA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00232-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| TILILA WALKER SUMCHAI, | DATE: December 19, 2025<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tilila Walker Sumchai, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 19, 2025.

2. By this stipulation, the defendant now moves to continue the status conference until January 16, 2026, and to exclude time between December 19, 2025, and January 16, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes hundreds of thousands of pages of documents in electronic format, as well as dozens of boxes of records and physical evidence that has not been digitized and is located in Ripon, California. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The parties anticipate meeting in Ripon in early January to continue the process of reviewing non-digital discovery. Additionally, at the defendant's request, the government will shortly be re-producing the digitized discovery that is newly organized and will be produced along with a searchable index. Counsel for the defendant desires additional time to continue this discovery review and otherwise prepare for what the parties anticipate will be a trial lasting approximately one month.

      c)      The parties anticipate preparing and submitting a stipulation and proposed order requesting that the Court set a trial date for early 2027. The parties' anticipated stipulation will include proposed dates for a trial confirmation hearing, pretrial motions practice, and pretrial disclosures. Counsel for both parties require additional time to prepare this stipulated scheduling request, but anticipate submitting it to the Court well in advance of January 16, 2026.

      d)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2025, to January 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2025         ERIC GRANT
                                  United States Attorney


                                  /s/ SAM STEFANKI
                                  SAM STEFANKI
                                  Assistant United States Attorney


Dated:  December 12, 2025         /s/ MEGHAN McLOUGHLIN
                                  MEGHAN McLOUGHLIN
                                  NOA OREN
                                  Counsel for Defendant
                                  TILILA WALKER SUMCHAI

**ORDER**

The court, having received, read and considered the parties' stipulation filed on December 12, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for December 19, 2025, is VACATED and RESET for January 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between December 19, 2025, and January 16, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 15, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4