ERIC GRANT
United States Attorney
SAM STEFANKI
NCHEKUBE BROWN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00232-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| TILILA WALKER SUMCHAI, | DATE: January 16, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tilila Walker Sumchai, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 16, 2026. The parties submitted a stipulation and proposed order seeking to set this matter for trial in early 2027, which remains under consideration by the Court.

2.      By this stipulation, the defendant now moves to continue the status conference until January 30, 2026, and to exclude time between January 16, 2026, and January 30, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The discovery associated with this case includes hundreds of thousands of pages of documents in electronic format, as well as dozens of boxes of records and physical evidence

that has not been digitized and is located in Ripon, California. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    The parties met and conferred in Ripon earlier this month and agreed on a proposed trial schedule that would give defense counsel the time she believes is required to copy and process the voluminous physical discovery there.

c)    The parties anticipate preparing and submitting a more detailed stipulation and proposed order requesting that the Court set a trial date for early 2027. The parties' anticipated stipulation will include additional facts about counsel's trial schedule in 2026 that the parties believe could provide a sound basis for the Court to set this matter for trial in 2027. Counsel for both parties require additional time to prepare this stipulated scheduling request, but anticipate submitting it to the Court well in advance of January 30, 2026.

d)    Additionally, counsel for the defendant will continue to use the time between January 16 and January 30 to review discovery and attempt to locate and retain a Tongan interpreter. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2026, to January 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 15, 2026

ERIC GRANT
United States Attorney


/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney


Dated:  January 15, 2026

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
NOA OREN
Counsel for Defendant
TILILA WALKER SUMCHAI

**ORDER**

The court, having received, read and considered the parties' stipulation filed on January 15, 2026 (Doc. No. 48), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for January 16, 2026, is VACATED and RESET for January 30, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between January 16, 2026, and January 30, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:     **January 15, 2026**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4